HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JESSICA JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-00056-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) HEARING ON APPEAL AND BRIEFING |
| v. | ) SCHEDULE |
| JESSICA JACKSON, | ) Date: May 13, 2021<br>) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for JESSICA JACKSON, that the Court continue the hearing on appeal set for May 13, 2021 to August 5, 2021 at 9:30 a.m.

The parties request the following briefing schedule:

Defense brief due:   June 10, 2021

/ / /

/ / /

/ / /

Government's Response due: July 15, 2021

Reply due: July 29, 2021

DATED: May 7, 2021                    Respectfully submitted,

                                      HEATHER WILLIAMS
                                      Federal Defender

                                      */s/Linda C. Allison*
                                      LINDA C. ALLISON
                                      Assistant to the Federal Defender

                                      Attorneys for Defendant
                                      JESSICA JACKSON


Dated: May 7, 2021                    PHILLIP A. TALBERT
                                      Acting United States Attorney


                                      */s/ Alstyan Bennett*
                                      ALSTYN BENNETT
                                      Assistant United States Attorney

**ORDER**

The Court orders that the May 13, 2021, hearing shall be continued until August 5, 2021 and the set briefing schedule above.

IT IS SO ORDERED.

Dated: May 7, 2021

_____
Troy L. Nunley
United States District Judge