HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JESSICA JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00056-TLN |
| Plaintiff-Appellee, | STIPULATION AND ORDER TO CONTINUE HEARING ON APPEAL AND BRIEFING SCHEDULE |
| v. | |
| JESSICA JACKSON, | Date:  August 5, 2021<br>Time:  9:30 a.m. |
| Defendant-Appellant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Ann C. McClintock, Assistant Federal Defender, attorney for JESSICA JACKSON, that the Court continue the hearing on appeal set for August 5, 2021 to August 26, 2021 at 9:30 a.m.

The parties request the following briefing schedule:

Defense brief due:    June 17, 2021

/ / /

/ / /

/ / /

1   Government's Response due: July 22, 2021

2   Reply due:  August 5, 2021

3

4   DATED: June 9, 2021                    Respectfully submitted,

                                           HEATHER WILLIAMS
5                                          Federal Defender

6                                          /s/Ann C. McClintock
                                           ANN C. McCLINTOCK
7                                          Assistant Federal Defender

8
                                           Attorneys for Defendant
9                                          JESSICA JACKSON

10
    Dated: June 9, 2021                    PHILLIP A. TALBERT
11                                         Acting United States Attorney

12                                         /s/ Alstyn Bennett
                                           ALSTYN BENNETT
13                                         Assistant United States Attorney

## **ORDER**

The Court orders that the August 5, 2021, hearing shall be continued until August 26, 202, at 9:30 a.m., and the set briefing schedule above.

IT IS SO ORDERED.

Dated: June 10, 2021

Troy L. Nunley
United States District Judge