PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSICA L. JACKSON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-CR-00056-TLN<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON APPEAL AND BRIEFING SCHEDULE<br><br>DATE: August 26, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Ann C. McClintock, Assistant Federal Defender, attorney for JESSICA L. JACKSON, that the Court continue the hearing on appeal set for August 26, 2021 to September 23, 2021 at 9:30 a.m.

The parties further request the following briefing schedule:

/ / /

/ / /

/ / /

Government's Response Due: August 12, 2021

Appellant's Reply: August 26, 2021

IT IS SO STIPULATED.

Dated:  July 13, 2021         PHILLIP A. TALBERT
                              Acting United States Attorney


                              /s/ ALSTYN BENNETT
                              ALSTYN BENNETT
                              Assistant United States Attorney


Dated:  July 19, 2021         /s/ ANN C. MCCLINTOCK
                              ANN C. MCCLINTOCK
                              Counsel for Defendant
                              JESSICA L. JACKSON


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of July, 2021.

                              Troy L. Nunley
                              United States District Judge